AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ALEXANDER CICCOLO | ) Case No. 15mj 3054 (KAR) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 4, 2015__ in the county of __Berkshire__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g) | felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit of Federal Bureau of Investigation Special Agent Jeffrey J. Lawrence.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey J. Lawrence, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/04/2015

_____
*Judge's signature*

City and state: Shelburne, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*